## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**CLAUDE COX**                                                                         **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO. 3:08CV-P160-S[1]**

**U.S. DISTRICT COURT**                                                  **DEFENDANT**

## MEMORANDUM OPINION

By Order entered April 10, 2008, the Court found that, pursuant to 28 U.S.C. § 1915(g), Plaintiff is prohibited from proceeding *in forma pauperis* and gave Plaintiff 30 days to pay the $350.00 filing fee in full to the Clerk of Court (DN 3). The Court warned Plaintiff that his failure to pay the filing fee in full within the time allowed would result in dismissal of the action. In response, Plaintiff filed a certification of funds from the Kentucky State Penitentiary and a copy of his prison trust account statement (DN 4). By Order entered May 22, 2008, the Court advised Plaintiff that this was an inappropriate response and granted Plaintiff an additional 20 days to pay the fee in full (DN 7). The Court again warned Plaintiff that his failure to pay the filing fee within the time allowed would result in dismissal of the instant action. Review of the record reveals that Plaintiff has failed to pay the requisite $350.00 filing fee. The Court will, therefore, dismiss the action by separate order for failure to comply with a prior order of this Court and for failure to prosecute.

Date:

cc:     Plaintiff, *pro se*
4411.005

---

[1] By Order entered May 28, 2008, the Honorable Chief Judge John G. Heyburn II recused himself from this matter and reassigned the action to the docket of the Honorable Judge Charles R. Simpson III for further proceedings (DN 8).